HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINSTRATORS, INC,

    Plaintiff,

  v.

SHELTON-TURNBULL PRINTERS, INC.,

    Defendant.

Case No. 19-cv-00681 RAJ

ORDER

    Pursuant to Order Granting Plaintiff's Motion for Default Judgment dated November 26, 2019 (Dkt. # 11), Plaintiff has provided an updated accounting of interest owed from the Defendant to the Plaintiff's Trust.

    Having considered the information, the Court orders judgment be entered as follows: Plaintiff is awarded $11,825.55 for contributions in the amount of $8,528.88; liquidated damages in the amount of $1,705.78; interest in the amount of $359.19; and attorney's fees and costs in the amount of $1,231.70.

    DATED this 30th day of January, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1